UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

LORI M. KESSLER, Debtor

CHAPTER 13
CASE NO: 15-49327
JUDGE WALTER SHAPERO

## NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE

**PLEASE TAKE NOTICE** that in accordance with the terms of the **Order Confirming Plan** entered in the above matter on **Friday, December 11, 2015**, the debtor is delinquent in payments under the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby demands that payments be brought current in accordance with the provisions of said order in the above matter, and that said payments be brought current no later than 30 days from the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that in the event that the debtor fails to bring payments current as required under the Chapter 13 Plan, as last amended, if at all, then, the Trustee shall submit an order of dismissal to the Court along with an affidavit attesting to the fact that compliance with the **Order Confirming Plan** has not been met.

September 20, 2016

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

/S/ TAMMY L. TERRY (P46254)
TAMMY L. TERRY, Chapter 13 Trustee
/S/ KIMBERLY SHORTER-SIEBERT (P49608)
/S/ MARILYN R. SOMERS-KANTZER (P52488)
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

LORI M. KESSLER, Debtor

CHAPTER 13
CASE NO: 15-49327
JUDGE WALTER SHAPERO

**CERTIFICATE OF MAILING OF NOTICE OF DEFAULT IN PAYMENTS
AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE**

I hereby certify that on the date indicated below, a copy of NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE was served via Electronic Court filing and/or a copy of same was deposited in U.S. Mail to the Debtor and debtor's attorney at the below addresses.

September 29, 2016

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

/S/ LATOYA ETHRIDGE
Chapter 13 Standing Trustee Clerk
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Babut Law Offices, PLLC
700 Towner Street
Ypsilanti, MI 48198

LORI M. KESSLER
26015 LABANA WOODS DR.
TAYLOR, MI 48180