# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Lori M. Kessler, | Chapter 13 |
| 26015 Labana Woods Drive | Case No. 15-49327 |
| Taylor, MI 48180 | Judge Maria L. Oxholm |

Debtor(s).

XXX-XX- 7141

_____/

## OBJECTION TO TRUSTEE'S
## NOTICE OF DEFAULT IN PAYMENTS

The Debtor, through the undersigned counsel, objects to the Trustee's Intent to seek dismissal of her case, and in support states the following:

1. The Debtor admits she is delinquent on her Plan payments.

2. The Debtor, however, lost her second job.

3. The Debtor has obtained a new job to replace the lost job.

4. The Debtor believes she can cure the delinquency with a Plan modification, and has resumed payments.

**WHEREFORE**, the Debtor asks the Court to allow the Debtor to modify her Plan, and disallow the Trustee from dismissing the Debtor's case.

Respectfully Submitted,

Dated: October 11, 2016

/s/ Thomas Paluchniak
Thomas Paluchniak (P70284)
Babut Law Offices, P.L.L.C.
700 Towner Street
Ypsilanti, MI 48197
734-485-7000
tpaluchniak@babutlaw.com